## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**GLORIA A. BUNCH**                                                         **PLAINTIFF**

**v.**                            **CASE NO. 4:13CV00360 BSM**

**KENNETH A. MARTIN et al.**                                    **DEFENDANTS**

### ORDER

Plaintiff Gloria A. Bunch's motion for appointment of counsel and to stay her case [Doc. No. 7] is denied.  On November 26, 2013, Bunch was notified that she had thirty days to pay her partial filing fee or risk dismissal of her case.  [Doc. No. 4].  As of this date, Bunch has not paid anything.  Accordingly, Bunch's case is dismissed without prejudice for failure to comply with the prior order.

IT IS SO ORDERED this 12th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE