## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**GLORIA A. BUNCH**                                                                              **PLAINTIFF**

**v.**                           **CASE NO. 4:13CV00360 BSM**

**KENNETH A. MARTIN et al.**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 12th day of February 2014.

_____
UNITED STATES DISTRICT JUDGE